# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3664
_____

ROBERT A. GELSEY,

 Petitioner,

v.

STATE OF FLORIDA,

 Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

February 27, 2019

PER CURIAM.

 Upon consideration of Petitioner's response filed on December 26, 2018, this case is hereby dismissed.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert A. Gelsey, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.